UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ANGELA M. GREENE, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 1:19-cv-00269-JPM-CHS |
| GLORIA GROSS, | ) | |
| Respondent. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Motion under 28 U.S.C. § 2254 for a writ of habeas corpus, filed on March 30, 2020 (ECF No. 14), and the Court having entered an Order Denying Motion Pursuant to 28 U.S.C. § 2254, Denying a Certificate of Appealability, Certifying Appeal Not Taken in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 23),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 8, 2022
Date